UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-9-10

---------------------------------------------------------x
BOVIS LEND LEASE LMB, INC

Plaintiff(s),

10 Civ. 337 (PKC)

- against -

LIBERTY MUTUAL INSURANCE

ORDER FOLLOWING
PRETRIAL CONFERENCE

Defendant(s).

BAYROCK/SAPIR ORGANIZATION
---------------------------------------------------------x
V.
LIBERTUAL MUTUAL INSURANCE

10 Civ 2250 (PKC)

As result of a pretrial conference held before the Court today, the following is ORDERED:

1. By April (23) ,2010, let the parties show cause in writing why the above two actions ought not be consolidated pursuant to Rule 42(a)(2).

    _____.

2. By_____,201_,_____shall_____

    _____
    _____
    _____

    _____.

3. By_____,201_,_____shall_____

    _____
    _____
    _____

    _____.

4.

5.

6. The next Case Management Conference [the Final Pretrial Conference] will be held on ~~_____~~ at ~~___~~ am/pm. ~~Any conference scheduled for a date prior thereto is adjourned.~~

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
4-9-10